In the Matter of the Accounting of JOHN B. RYER, as Executor of ELLEN A. WILKINSON, Deceased, Appellant.
GEORGE DE WITT CLOCKE et al., as Trustees, et al., Respondents.

*Matter of Ryer,* 94 App. Div. 449, affirmed.
(Argued January 9, 1905; decided January 24, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 27, 1904, which modified and affirmed as modified a decree of the New York County Surrogate's Court judicially settling

the accounts of John B. Ryer, as executor of Ellen A. Wilkinson, deceased.

*William G. Mulligan* for appellant.

*Samuel Levy, James M. Fisk* and *Emanuel Arnstein* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.